SEALED



1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

FILED

JUL 2 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE                )
APPLICATION OF THE UNITED STATES    )   2:13-SW-0473  KJN
OF AMERICA FOR SEARCH WARRANTS      )
CONCERNING:                         )
                                    )   SEALING ORDER
                                    )
3390 Penryn Road, Loomis, CA        )   UNDER SEAL
                                    )
808 Trimble Drive, Roseville, CA    )
                                    )
                                    )
                                    )
                                    )
                                    )
_____)

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matters be, and are, hereby ordered sealed until further order of this Court.

DATED: July 23, 2013

_____
Hon. KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE